```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER, Of Counsel (SBN 191540)
    813 Sixth Street, Suite 450
 3  Sacramento, CA  95814
    Telephone: (916) 441-0824
 4
    Attorneys for Defendant
 5  CHARLES M. HILKEY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHARLES M. HILKEY,<br>RACHELLE SARI GARNITZ, and<br>BRAM GABRIEL LEWIS,<br><br>  Defendants. | Case No. 2:09-cr-0412 KJM<br><br>STIPULATION AND ORDER RE: REMOVAL OF NAME FROM NO CONTACT LIST |
|---|---|

   IT IS HEREBY STIPULATED by Defendant Charles Hilkey, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Michael Beckwith, that Samuel Hilkey's name shall be deleted from the list of persons with whom Charles Hilkey was previously ordered to have no contact and that there shall be no court imposed limitations upon Charles Hilkey's relationship with Samuel Hilkey.

   Samuel Hilkey is Charles Hilkey's son.  When Charles Hilkey appeared before Magistrate Judge Gregory Hollows the government requested, and the magistrate judge so ordered, that Charles Hilkey be prohibited from having any contract with a number of

specified people.  Samuel Hilkey's name is on that list of people.

Samuel Hilkey is a student at the University of California, Santa Cruz and will be leaving the country to study in China within the next 30 to 60 days.  It is possible that he may remain out of the country for two years.  Pursuant to the magistrate judge's order, Charles Hilkey has not had any contact with Samuel Hilkey since the no contact order was imposed on November 29, 2009.

Samuel Hilkey has requested that his name be removed from the list of people with whom Charles Hilkey is ordered to have no contact so that he may spend time with his father before Samuel leaves for his studies in China.  Therefore, the parties request the Court to issue an order removing Samuel Hilkey's name from the no contact list and clarifying that there shall be no court imposed limitations on Charles Hilkey's relationship with his son, Samuel Hilkey.

**IT IS SO STIPULATED**.

DATED:   April 11, 2011        By:  //s// Clyde M. Blackmon for
                                     MICHAEL M. BECKWITH
                                     Assistant U.S. Attorney

DATED:   April 11, 2011        By:  //s// Clyde M. Blackmon
                                     CLYDE M. BLACKMON
                                     Blackmon & Associates
                                     Attorneys for Defendant
                                     Charles M. Hilkey

**ORDER**

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that Samuel Hilkey's name is removed from the list of people with whom Charles Hilkey was previously ordered to have no contact and that any court imposed limitations on Charles Hilkey's relationship with his son, Samuel Hilkey are removed.

**IT IS SO ORDERED.**

DATED: April 13, 2011.

_____
UNITED STATES DISTRICT JUDGE