UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 26, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>v.                               )<br>                                 )<br>CHARLES MILLER HILKEY, JR.,      )<br>                                 )<br>           Defendant.            ) | Case No. 2:09-CR-00412-LKK-1<br><br>AMENDED<br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHARLES MILLER HILKEY, JR.</u>, Case No. <u>2:09-CR-00412-LKK-1</u>, Charge <u>Title 21 U.S.C. §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)   <u>all previously imposed conditions of release remain in full force and effect.</u>

Issued at <u>Sacramento, CA</u> on <u>October 26, 2012</u> at <u>3:10</u> <u>pm</u>.

By _____
Dale A. Drozd
United States Magistrate Judge