BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES M. HILKEY, JR.,<br><br>Defendant. | 2:09-CR-00412-LKK<br><br>STIPULATION FOR FINAL ORDER OF FORFEITURE AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED, by and between plaintiff United States of America and Joseph Titland (hereafter "petitioner"), to compromise and settle his interest in the real property located at 20012 Sky Ridge Place, Nevada City, California, Nevada County, APN: 62-300-04, and to consent to the entry of a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) and 31 U.S.C. § 5317(c)(1).

　　　　1.　　On May 24, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) and 31 U.S.C. § 5317(c)(1) based upon the plea agreement entered into between plaintiff and defendant Charles M. Hilkey, Jr. forfeiting to the United States the following property:

　　　　　　　　a)　　Real property located at 18810 Mandala Star Road, Nevada City, California, Nevada County, APN: 62-050-22;

1

  b) Real property located at 20012 Sky Ridge Place, Nevada City, California, Nevada County, APN: 62-300-04;

  c) Real property located at 17171 Patterson Mine Road, Nevada City, California, Nevada County, APN: 61-070-26;

  d) Real property located at 15457 Tyler Foote Crossing Road, Nevada City, California, Nevada County, APN: 61-140-61;

  e) Real property located at 15595 Tyler Foote Crossing Road, Nevada City, California, Nevada County APN: 61-140-54;

  f) Approximately $90,830 in U.S. Currency seized at 16212 Badger Hill Road, Nevada City, California;

  g) Real property located on Holcomb Springs Road, Gold Hill, Oregon, Jackson County, Map No. 353W25, Tax Lot 700;

  h) Real property located on Pelton Lane, Gold Hill, Oregon, Jackson County, Map No. 353W24, Tax Lot 600; and

  i) Real property south of Tyler Foote Road, Nevada City, California, Nevada County, APN: 61-140-64.

2. Beginning on July 3, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. The Declaration of Publication was filed on August 2, 2012.

3. The United States of America also sent direct written notice by certified mail to:
  a) Rachelle S. Garnitz
  b) Donald Blaine Scott
  c) Tyson R. Bryan
  d) Brielle M. Morgan
  e) Joseph Titland
  f) Douglas Giffin and
  g) Option One Mortgage Corporation.

4. On November 5, 2012, Joseph Titland filed a timely petition alleging an interest in the real property located at 20012 Sky Ridge Place, Nevada City, California, Nevada County, APN: 62-300-04 as follows:

  a. On or about March 24, 2008, Donald Blaine Scott executed a promissory

note ("the note") in the principal amount of $185,000.  The note provided for monthly interest in the sum of $1,700 or more (at the rate of eleven (11%) percent per annum), with the principal balance due on or before March 28, 2009.

      b.    The note was and is secured by a Deed of Trust dated March 28, 2008, which was recorded on April 3, 2008, as instrument number 2008-0008143-00 in the official records of the Nevada County Recorder.

      c.    At the time the Petition was filed, the principal due and owing under the note was $185,000 and the interest due and owing was $81,600.  Interest has continued to accrue under the note at a rate of $55.74 per diem.

      d.    The note is presently in default as a consequence of Donald Blaine Scott's failure to pay installments as provided for therein.  The note has been continuously in default since October 1, 2009.

5.    On November 7, 2012, Donald Blaine Scott filed a timely petition alleging an interest in the real property located at 20012 Sky Ridge Place, Nevada City, California.  On January 16, 2013, Donald Blaine Scott filed a Withdrawal of Petition regarding his interest in the real property located at 20012 Sky Ridge Place, Nevada City, California.

6.    No other parties have filed petitions in this matter, and the time in which any person or entity may file a petition has expired.

7.    Pursuant to 21 U.S.C. § 853(n)(6), the United States stipulates and agrees that Petitioner Joseph Titland has a legal right, title and interest in a portion of the real property located at 20012 Sky Ridge Place, Nevada City, California, secured by a Deed of Trust, and that such right, title and interest renders the order of forfeiture invalid in part because the right, title and interest was vested in Petitioner Joseph Titland rather than the defendant or was superior to any right, title or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the real property under this section.

8.    The current value of the real property located at 20012 Sky Ridge Place, Nevada City, California, is less than the value of the secured interest of Petitioner Joseph

Titland. Because the current value of the real property located at 20012 Sky Ridge Place is less than the value of Petitioner Joseph Titland's secured interest, the United States agrees to convey its interest in the forfeited property to Petitioner Joseph Titland, subject to the payment of $755.00 in expenses incurred by the U.S. Marshals Service as of October 1, 2013.

9. All parties to this stipulation hereby release plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture or possible sale of the real property located at 20012 Sky Ridge Place, Nevada City, California. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture or sale, as well as to those now known or disclosed. The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

10. All parties are to bear their own costs and attorneys' fees, if any.

Dated: 10/9/13                          BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney

Dated: 10/9/13                          /s/ Joseph Titland
                                        JOSEPH TITLAND
                                        Claimant

Dated: 10/9/13                          /s/ Richard J. Troberman
                                        RICHARD J. TROBERMAN
                                        Attorney for Claimant
                                        Joseph Titland

                                        (Signatures retained by attorney)

Stipulation for Final Order of
Forfeiture and Order Thereon

## ORDER

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth below:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the following assets, pursuant to 21 U.S.C. § 853(a) and 31 U.S.C. § 5317(c)(1), to be disposed of according to law, including all right, title, and interest of Charles M. Hilkey, Jr.:

   a) Real property located at 18810 Mandala Star Road, Nevada City, California, Nevada County, APN: 62-050-22;

   b) Real property located at 20012 Sky Ridge Place, Nevada City, California, Nevada County, APN: 62-300-04;

   c) Real property located at 17171 Patterson Mine Road, Nevada City, California, Nevada County, APN: 61-070-26;

   d) Real property located at 15457 Tyler Foote Crossing Road, Nevada City, California, Nevada County, APN: 61-140-61;

   e) Real property located at 15595 Tyler Foote Crossing Road, Nevada City, California, Nevada County APN: 61-140-54;

   f) Approximately $90,830 in U.S. Currency seized at 16212 Badger Hill Road, Nevada City, California;

   g) Real property located on Holcomb Springs Road, Gold Hill, Oregon, Jackson County, Map No. 353W25, Tax Lot 700;

   h) Real property located on Pelton Lane, Gold Hill, Oregon, Jackson County, Map No. 353W24, Tax Lot 600; and

   i) Real property south of Tyler Foote Road, Nevada City, California, Nevada County, APN: 61-140-64.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. Pursuant to 21 U.S.C. § 853(n)(7) the United States of America shall have clear title to the real property located at 20012 Sky Ridge Place, Nevada City, California, Nevada County APN: 62-300-04, subject to the secured interest of Petitioner Joseph Titland.

1	4.	Pursuant to 21 U.S.C. § 853(n)(7), the United States, by and through this Final
2 Order of Forfeiture, conveys its clear title in the real property located at 20012 Sky Ridge
3 Place, Nevada City, California to Petitioner Joseph Titland, subject to the payment of
4 $755.00 in expenses incurred by the U.S. Marshals Service as of October 1, 2013.
5	5.	The U.S. Marshals Service shall maintain custody of and control over the
6 subject properties until they are disposed of according to law.
7	SO ORDERED this 10th day of October, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Final Order of
Forfeiture and Order Thereon