UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-0412 LKK KJN P |
| Respondent, | |
| v. | ORDER |
| CHARLES MILLER HILKEY, JR., | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The § 2255 motion was referred to the undersigned on December 16, 2013.

On December 16, 2013, movant filed a motion to have the § 2255 motion assigned to the Honorable Kimberly J. Mueller.  Judge Mueller was assigned to this case for almost two years until she recused herself from the case on October 22, 2012.  (ECF No. 133.)  Movant contends that the recusal was based on the representation of movant by William Portanova, but argues that Mr. Portanova only represented movant from October 18, 2012, to January 23, 2013.  (ECF No. 202 at 2.)  However, in the § 2255 motion, movant contends that he received ineffective assistance of counsel from Mr. Portanova.  Thus, the request for reassignment is denied.

Accordingly,  IT IS HEREBY ORDERED that:

1. Movant's request for reassignment (ECF No. 202) is denied.

1

2. Because movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

3. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

Dated: January 3, 2014

/hilk0412.206

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE