UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                      NO. CR. S-09-412 LKK

    Plaintiff,

  v.                                     O R D E R

CHARLES MILLER HILKEY, JR.,

    Defendant.

    The court is in receipt of a document entitled "Defendant's Pro Se Motion to Stay All Forfeiture Proceedings in case number 2:13cv2467 KJM."

    A final order of forfeiture, however, was entered on October 10, 2013.

    Accordingly, the defendant's motion is moot and thus DENIED.

    IT IS SO ORDERED.

    DATED: January 23, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1