UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>　　v.<br><br>CHARLES MILLER HILKEY, JR.,<br><br>　　　　　　Movant. | No.  2:09-cr-0412 LKK KJN P<br><br><br><br>ORDER |

On January 19, 2014, respondent requested a 93-day extension of time to file a response to the motion to vacate, correct, or set aside movant's sentence.  On January 27, 2014, movant filed objections to the request, and argues that fifteen days is more appropriate.  On February 14, 2014, pursuant to the court's order, respondent filed a reply.  (ECF No. 212.)  Having reviewed the parties' briefing, the court finds good cause for the request.  However, respondent is cautioned that no further extensions of time will be granted.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Respondent's request for an extension of time (ECF No. 205) is granted; and

　　　2. Respondent shall file a response to the motion on or before May 6, 2014.  Movant's reply, if any, shall be filed thirty days thereafter.

Dated:  February 20, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hilk0412.236

1