BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES M. HILKEY, JR.,<br><br>Defendant. | 2:09-CR-00412-MCE-KJN<br><br>ORDER TO EXONERATE APPEARANCE BOND |

PROPOSED ORDER

IT IS SO ORDERED that the $1,000,000 appearance bond, which previously secured the defendant's release in the above captioned case, be exonerated and the Court's lien on the real properties located on Holcomb Springs Road, Gold Hill, Oregon, Jackson County, Map No. 353W25, Tax Lot 700 and on Pelton Lane, Gold Hill, Oregon, Jackson County, Map No. 353W24, Tax Lot 600, is hereby removed.

Dated:  October 10, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE