BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00412-MCE |
| Plaintiff, | |
| v. | ***AMENDED* FINAL ORDER OF FORFEITURE** |
| CHARLES M. HILKEY, JR., | |
| Defendant. | |

The Court having received, read, and considered the Stipulation for Final Order of Forfeiture, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters an *Amended* Final Order of Forfeiture[1] on the terms set forth below:

1. An *Amended* Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the following assets, pursuant to 21 U.S.C. § 853(a) and 31 U.S.C. § 5317(c)(1), as it constitutes property derived from proceeds obtained directly or indirectly as a result of a violations of 21 U.S.C. § 853(a) and 31 U.S.C. § 5317(c)(1), to which the defendant Charles M. Hilkey, Jr. pleaded guilty, free from the claims of all persons, including, but not limited to, the following

---

[1] The United States is requesting an *Amended* Final Order of Forfeiture to clarify the notification process of the interests of Douglas Giffin, Rachelle S. Garnitz, and Brielle M. Morgan in the forfeited real properties.

individuals and entities whose rights to the property are hereby extinguished:

    a)    Charles M. Hilkey, Jr.
    b)    Douglas Giffin
    c)    Rachelle S. Garnitz
    d)    Brielle M. Morgan
    e)    Donald Blaine Scott
    f)    Tyson R. Bryan;
    f)    Joseph Titland; and
    g)    Option One Mortgage Corporation

2.    The defendant assets are listed as follows:

    a)    Real property located at 18810 Mandala Star Road, Nevada City, California, Nevada County, APN: 62-050-22, and more fully described in Exhibit A, attached hereto and incorporated within;

    b)    Real property located at 20012 Sky Ridge Place, Nevada City, California, Nevada County, APN: 62-300-04, and more fully described in Exhibit B, attached hereto and incorporated within;

    c)    Real property located at 17171 Patterson Mine Road, Nevada City, California, Nevada County, APN: 61-070-26, and more fully described in Exhibit C, attached hereto and incorporated within;

    d)    Real property located at 15457 Tyler Foote Crossing Road, Nevada City, California, Nevada County, APN: 61-140-61, and more fully described in Exhibit D, attached hereto and incorporated within;

    e)    Real property located at 15595 Tyler Foote Crossing Road, Nevada City, California, Nevada County APN: 61-140-54, and more fully described in Exhibit E, attached hereto and incorporated within;

    f)    Approximately $90,830 in U.S. Currency seized at 16212 Badger Hill Road, Nevada City, California;

    g)    Real property located on Holcomb Springs Road, Gold Hill, Oregon, Jackson County, Map No. 353W25, Tax Lot 700, and more fully described in Exhibit F, attached hereto and incorporated within;

    h)    Real property located on Pelton Lane, Gold Hill, Oregon, Jackson County, Map No. 353W24, Tax Lot 600, and more fully described in Exhibit G, attached hereto and incorporated within; and

    i)    Real property south of Tyler Foote Road, Nevada City, California, Nevada County, APN: 61-140-64, and more fully described in Exhibit H, attached hereto and incorporated within.

3.    The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described defendant properties:

    a)    **Rachelle S. Garnitz** – Notice letters were sent via certified mail to Rachelle S. Garnitz in c/o John R. Duree, Jr. at 428 J Street, Suite 352, Sacramento, California, 95814 on October 1,

2009 and October 5, 2012. The PS Forms 3811 (certified mail "green cards" showing delivery of mail) were signed on October 2, 2009 and October 9, 2012 by employees in Attorney Duree's office;

      b)    **Brielle M. Morgan** – A notice letter was sent via certified mail to Brielle M. Morgan at P.O. Box 2112, Nevada City, California, 95959 on October 1, 2009. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on October 2, 2009 by Brielle M. Morgan. A notice letter was also sent via certified mail to Brielle M. Morgan at 185 Villa Terrace, San Francisco, California, 94114 on October 5, 2012. The green card was never returned to our office;

      c)    **Douglas Giffin** – A notice letter was sent via certified mail to Douglas Giffin at P.O. Box 414, North San Juan, California, 95960 on October 1, 2009. Attempts to deliver the certified mail package were made on October 2, 7 and 17. The certified mail was returned to our office on October 30, 2009. A notice letter was also sent via certified mail to Douglas Giffin at 331 W. 2nd Street, Medford, Oregon, 97501 on October 5, 2012. The green card was never returned to our office;

      d)    Donald Blaine Scott;
      e)    Tyson R. Bryan;
      f)    Joseph Titland; and
      g)    Option One Mortgage Corporation.

3. The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired. No other petitions were filed and no person thought to have an interest in the property is an infant, an incompetent, or is presently engaged in the military service.

4. Entry of this order is necessary to pass clear title to the defendant properties to any subsequent purchaser or transferee.

5. All right, title, and interest in the above-listed properties shall vest solely in the name of the United States of America.

6. Pursuant to 21 U.S.C. §853(n)(7), the United States of America shall have clear title to the real property located at 20012 Sky Ridge Place, Nevada City, California, Nevada County, APN: 62-300-04, subject to the secured interest of Petitioner Joseph Titland.

7. Pursuant to 21 U.S.C. §853(n)(7), the United States, by and through the Final Order of

*Amended* Final Order of Forfeiture

Forfeiture, conveyed its clear title in the real property located at 20012 Sky Ridge Place, Nevada City, California to Petitioner Joseph Titland.

8. The United States Marshals Service shall maintain custody of and control over the defendant properties until they are disposed of according to law.

IT IS SO ORDERED.

Dated: June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

# Exhibit A

**(Real Property Located at 18810 Mandala Star Road, Nevada City, California, Nevada County, APN: 62-050-22)**

The land described herein is situated in the State of California, County of Nevada, Unincorporated Area, and is described as follows:

LOT 4 OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 17 NORTH, RANGE 9 EAST, M,D.B,&M.

EXCEPTING THEREFROM THE EAST HALF OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 8, AS SET FORTH IN THE INSTRUMENT DATED DECEMBER 27, 1971, RECORDED DECEMBER 30,1971, IN BOOK, 583, PAGE 165, OFFICIAL RECORDS, EXECUTED BY GENE M. STAGER ET UX, TO JON B, PANGBORN, ET UX.

TOGETHER WITH EASEMENTS FOR INGRESS, EGRESS AND UTILITY PURPOSES OVER THE EXISTING ROADS.

TOGETHER WITH ALL RIGHTS IN AND TO THAT CERTAIN UNRECORDED "RIGHT-OF-WAY GRANT TEMPORARY USE PERMIT", DATED MAY 26,1994, EXECUTED BY THE UNITED STATES DEPARTMENT OF THE INTERIOR IN FAVOR OF JON & CHRISTINE PANGBORN, THEIR SUCCESSORS OR ASSIGNS, SUBJECT TO TERMS AND PROVISIONS CONTAINED THEREIN.

APN: 62-050-22

## Exhibit B

**(Real Property Located at 20012 Sky Ridge Place, Nevada City, California, Nevada County, APN: 62-300-04)**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA, COUNTY OF NEVADA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Parcel 3, as shown on the Parcel Map for Cunningham, Lang & Prima filed in Nevada County on June 9, 2006, in Book 19 of Parcel Maps, page 198.

TOGETHER WITH easements as described in that certain Grant Deed executed by Suzan D. Lang et ux to Carol Cator, recorded December 8, 2006, Instrument No. 2006-0041020, Official Records. ASEMENTS FOR INGRESS, EGRESS AND UTILITY PURPOSES OVER THE EXISTING ROADS.

TOGETHER WITH ALL RIGHTS IN AND TO THAT CERTAIN UNRECORDED "RIGHT-OF-WAY GRANT TEMPORARY USE PERMIT", DATED MAY 26,1994, EXECUTED BY THE UNITED STATES DEPARTMENT OF THE INTERIOR IN FAVOR OF JON & CHRISTINE PANGBORN, THEIR SUCCESSORS OR ASSIGNS, SUBJECT TO TERMS AND PROVISIONS CONTAINED THEREIN.

APN: 62-300-04; a ptn of 62-010-12 & 62-020-01

6

*Amended* Final Order of Forfeiture

## Exhibit C

**(Real Property Located at 17171 Patterson Mine Road, Nevada City, California, Nevada County, APN: 61-070-26)**

The land described herein is situated in the State of California, County of Nevada, Unincorporated Area, and is described as follows:

All that portion of Section 36, Township 18 North, Range 8 East M.D.M. Shown and designated as the Matteson Placer Mining Claim in that certain document recorded in Book 105 of Deeds at Page 46, Nevada County Official records and being more particularly described as follows:

Beginning at the southwest corner of the herein described property, from which point the southwest corner of said section 36 bears South 78 degrees 11 minutes 35 seconds West for a distance of 2784.63 feet; THENCE FROM SAID POINT OF BEGINNING, North 12 degrees 24 minutes 20 seconds East for a distance of 670.48 feet; THENCE North 64 degrees 46 minutes 50 seconds East for a distance of 189.95 feet; THENCE North 04 degrees 50 minutes 56 seconds East for a distance of 475.36 feet; THENCE North 07 degrees 51 minutes 43 seconds West for a distance of 517.04 feet; THENCE North 82 degrees 49 minutes 37 seconds East for a distance of 330.43 feet; THENCE North 00 degrees 49 minutes 19 seconds East for a distance of 328.58 feet; THENCE South 88 degrees 38 minutes 00 seconds East for a distance of 92.77 feet; THENCE South 02 degrees 38 minutes 05 seconds West for a distance of 2056.39 feet; THENCE South 86 degrees 45 minutes 00 seconds West for a distance of 617.10 feet to the point of beginning.

Said property contains 17.56 acres more or less.

APN: 61-070-26

*Amended* Final Order of Forfeiture

## Exhibit D

**(Real Property Located at 15457 Tyler Foote Crossing Road, Nevada City, California, Nevada County, APN: 61-140-61)**

All that portion of Section 1, Township 17 North, Range 8 East M.D.M. as set forth in the Deed from Ryan to Brophy recorded in Book 44 of Deeds at Page 74 and being more particularly described as follows:

Beginning at a point on the south line of the Boyle and Daley property as described in the Document recorded in Book 79 of Deeds at Page 139 from which the south 3 corner of said Section 1 bears South 82 degrees 30 minutes East for a distance of 150 feet more or less, to the southeast corner of said Boyle and Daley property and South 13 degrees 15 minutes 00 seconds East for a distance of 1932.48 feet;  THENCE FROM SAID POINT OF BEGINNING in a southeasterly direction for a distance of 1237 feet more or less to the north line of the Johnny K. Placer Mine as shown on the Record of Survey filed in Book 3 of surveys at Page 111; THENCE along said north line, South 89 degrees 01 minutes 23 seconds West for a distance of 428 feet more or less; THENCE South 73 degrees 22 minutes 23 seconds West for a distance of 526.93 feet more or less, THENCE North 02 degrees 00 minutes 00 seconds West for a distance of 307.50 feet more or less to the south line of the Driscoll property as described in the Deed recorded in Book 94 of Deeds at Page 64; THENCE along said south line, North 29 degrees 40 minutes 00 seconds East for a distance of 382.80 feet more or less; THENCE North 49 degrees 40 minutes 00 seconds East for a distance of 648.78 feet; THENCE North 20 degrees 30 minutes 00 seconds West for a distance of 366.30 feet more or less to the southerly line of said Boyle and Daley property THENCE along said southerly line South 82 degrees 30 minutes 45 seconds East for a distance of 168.12 feet more or less to the point of beginning.

Said property contains 15 acres more or less.

APN: 61-140-61

*Amended* Final Order of Forfeiture

## Exhibit E

**(Real Property Located at 15595 Tyler Foote Crossing Road, Nevada City, California, Nevada County APN: 61-140-54)**

All that portion of Section 1, Township 17 North, Range 8 East M.D.M. designated as the Nolan Ground and described or shown and scaled from the Survey Map by D.B. Merry, drawn in 1873 and being more particularly described as follows:

Beginning at the southeast corner of the Kilderry placer mine as shown on the record of survey filed in book 3 of Surveys at Page 112, Nevada County Records, and from which corner the South 3 corner of said Section 1 bears the following 7 courses, South 59 degrees 45 minutes West for a distance of 27.39 feet; South 75 degrees 09 minutes 56 seconds West for a distance of 107.80 feet South 14 degrees 50 minutes 04 seconds East for a distance of 10.00 feet; South 75 degrees 09 minutes 56 seconds West for a distance of 112.14 feet North 36 degrees 15 minutes West for a distance of 93.16 feet, South 20 degrees 30 minutes West for a distance of 391.48 feet and South 13 degrees 15 minutes East for a distance of 1932.48 feet THENCE FROM SAID POINT OF BEGINNING, along the lines as shown and designated on the map by D.B. Merry, South 37 degrees East for a distance of 293.70 feet; THENCE South 22 degrees East for a distance of 363 feet; THENCE south 13 degrees 15 minutes East for a distance of 835.63 feet to a point in Shady Creek, said point being on the north line of the Johnny K. P.M. as shown on the record of survey filed in Book 3 of Surveys at Page 111; THENCE, along said north line, South 49 degrees 52 minutes 23 seconds West for a distance of 276.29 feet THENCE South 89 degrees 01 minutes 23 seconds West for a distance of 31.49 feet; THENCE, leaving said north line, North 9 degrees 29 minutes 53 seconds for a distance of 1584.83 feet to the point of beginning.

Containing 6.94 Ac. More or less

Excepting therefrom any portion lying within the bounds of County Road No. 41 (Tyler Foote Crossing Road).

APN: 61-140-54

**Exhibit F**

**(Real Property Located on Holcomb Springs Road, Gold Hill, Oregon, Jackson County, Map No. 353W25, Tax Lot 700)**

The following described real property, together with appurtenances, free of encumbrances except as specifically set forth herein, situated in Jackson County, Oregon:

Commencing at the Northeast corner of the Southeast quarter of Section 25 in Township 35 South, Range 3 West of the Willamette Meridian in Jackson County, Oregon, thence West, along the East West centerline of said Section to intersect the average centerline of the East fork of Middle Creek for the true point of beginning; thence Southeasterly along the centerline of said East fork of Middle Creek to intersect the South line of said Section; thence East along the South line of said Section to the Southeast corner thereof; thence North, along the East line of said Section, 142.00 feet, more or less, to intersect the centerline of Sams Creek; thence Northwesterly along the centerline of said Sams Creek to the North line of said Southeast quarter; thence West, along the East West centerline of said Section to the true point of beginning.

Also and together with all rights appurtenant thereto.

Map No. 353W25, Tax Lot 700

10

*Amended* Final Order of Forfeiture

## Exhibit G

**(Real Property Located on Pelton Lane, Gold Hill, Oregon, Jackson County, Map No. 353W24, Tax Lot 600)**

The following described real property, together with appurtenances, free of encumbrances except as specifically set forth herein, situated in Jackson County, Oregon:

From the Southwest corner of the Southeast quarter of Section 24 in Township 35 South, Range 3 West of the Willamette Meridian, Jackson County, Oregon; thence North 0 degrees 23' East on the half section line 1006.5 feet, to a stone for the true point of beginning; thence North 0 degrees 23' East on said half section line, 994.2 feet; thence East 1004.0 feet to the center of Sams Creek; thence down the center of said Creek, as follows; South 10 degrees 39' West 44.9 feet; South 24 degrees 55' West 50.6 feet; South 53 degrees 35' East 40.8 feet; South 18 degrees 36' East 98.3 feet; South 49 degrees 28' West 79.4 feet; South 14 degrees 25' West 206.2 feet; South 23 degrees 35' East 49.3 feet; South 10 degrees 57' West 76.3 feet; South 0 degrees 23' West 165.0 feet; South 29 degrees 09' East 95.4 feet; South 14 degrees 13' East 170.5 feet to a point East of the point of beginning; thence West 1016.00 feet to the true point of beginning.

Also and together with all rights appurtenant thereto.

Map No. 353W24, Tax Lot 600

## Exhibit H

**(Real Property south of Tyler Foote Road, Nevada City, California, Nevada County, APN: 61-140-64)**

The land described herein is situated in the State of California, County of Nevada, Unincorporated Area, and is described as follows:

The Patterson Placer Mine designated by the Surveyor General as Lots 39, 49 and 56 in Townships 17 and 18 North of Ranges 8 and 9 East, M.D.M., as described in the Patent from the United States of America to Joseph Hustler, John Nankervis and M. Fitzpatrick as Trustees, dated November 1, 1879, recorded December 31, 1900, in Book 4 of Patents, at Page 53.

EXCEPTING THEREFROM all that portion of land described in the Deed recorded July 30, 1982, Instrument No. 82 17550, Official Records, executed by San Juan Gold Company, a Nevada corporation to Beatrice V. Hoffman.

ALSO EXCEPTING THEREFROM any portion thereof conveyed by Deed dated January 2, 1959, recorded February 2, 1960, in Book 274 of Official Records, at Page 163, executed by little Sisters of the Poor of Oakland, California, to the County of Nevada. The Records do not disclose that the Grantor in said Deed is one and the same as Home for the Aged of the Little Sisters of the Poor of Oakland.

ALSO EXCEPTING THEREFROM the perpetual rights and ownership, together with the right to mine for, extract and take minerals from beneath the surface of and the subsurface of that portion of the property lying more than fifty feet beneath the surface thereof of the land described in the Deed recorded in Book 2.74, Page 163, Official Records.

ALSO EXCEPTING THEREFROM all that portion thereof lying within Tyler Foote Crossing Road, County Road No.41.

ALSO EXCEPTING THEREFROM any vein or lode of quartz or other rock in place bearing gold, silver, cinnabar, lead, tin, copper or other valuable deposits within the land above described which may have been discovered or known to exist on or prior to November 1, 1879.

Said land is referenced in Boundary Line Adjustment. recorded April 14, 1994, Instrument No. 94 13689, Official Records.

ALSO EXCEPTING that portion lying Southeasterly and Southwesterly of the Northeasterly and Northwesterly boundary lines of that portion described in the Deed to San Juan Gold Company, a corporation, recorded November 16, 1970, in Book 534, Page 526, Official Records.

APN: 61-140-64

*Amended* Final Order of Forfeiture