IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    vs.<br><br>CHARLES MILLER HILKEY, Jr.,<br><br>    Movant. | Case No.: 2:09-cr-0412 MCE KJN P<br><br><u>Order Sealing ECF No. 224-20</u> |

    Movant, Charles Miller Hilkey, Jr., filed a request to seal document ECF No. 224-20 pursuant to Local Rule 141 and Rule 5.2, subdivision (a), of the Federal Rules of Civil Procedure.  Respondent does not oppose the request.  Movant's request is granted.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.  The request to seal document ECF No. 224-20 is granted; unless otherwise ordered by the court, only the government and movant may have access to the sealed document; and

////

////

2. The clerk of the court is directed to seal document 224-20.

Dated: November 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hilk0412.seal